Matter of Ash H. (Victoria M.) (2026 NY Slip Op 00683)

Matter of Ash H. (Victoria M.)

2026 NY Slip Op 00683

Decided on February 11, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 11, 2026
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: CURRAN, J.P., BANNISTER, SMITH, OGDEN, AND DELCONTE, JJ.

72 CAF 24-01506

[*1]IN THE MATTER OF ASH H. AND EMMERSON H. OSWEGO COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT; VICTORIA M., RESPONDENT-APPELLANT. 

AMDURSKY, PELKY, FENNELL & WALLEN, P.C., OSWEGO (AMY CHADWICK OF COUNSEL), FOR RESPONDENT-APPELLANT.
AMY L. HALLENBECK, MEXICO, FOR PETITIONER-RESPONDENT.

 Appeal from an order of the Family Court, Oswego County (Allison J. Nelson, J.), entered June 14, 2024, in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that respondent neglected the subject children. 
Now, upon reading and filing the stipulation of discontinuance signed by the respondent on November 6, 2025, and by the attorneys for the parties on November 23 and December 2, 2025,
It is hereby ORDERED that said appeal is unanimously dismissed without costs upon stipulation.
Entered: February 11, 2026
Ann Dillon Flynn
Clerk of the Court